UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT D. SANGO,

       Plaintiff,                         Case No.  2:15-CV-104

v.                                                 Hon. Gordon J. Quist

JON VANWAGNER, et al.,

       Defendants.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's June 13, 2017, Report and Recommendation recommending that the Court grant Defendants' motion to dismiss pursuant to Federal Rules of Civil Procedure 37(d) and 41(b).  The Report and Recommendation was duly served on the parties on June 13, 2017.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 13, 2017 (ECF No. 37), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 32) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE** based on Plaintiff's failure to attend his deposition and his failure to prosecute the case.[1]

Dated:  July 18, 2017                                          /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                                 UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the Report and Recommendation was returned as Plaintiff failed to leave a forwarding address.  (ECF No. 38.)  Such failure is itself a violation of W.D. Mich. LCivR 41.1.